# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:16−mj−00481−PK−1

Case title: USA v. Yao                                    Date Filed: 05/20/2016

Assigned to: Magistrate Judge
Peggy Kuo

**Defendant (1)**

**Ke Yao**   represented by   **Margaret M. Shalley**
Fasulo, Shalley & DiMaggio, LLP
225 Broadway
Suite 715
New York, NY 10007
212−571−2670
Fax: 212−566−8165
Email: margaretshalley@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                                        **Disposition**

None

**Highest Offense Level
(Opening)**

None

**Terminated Counts**                                     **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                            **Disposition**

18:1343.F,

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/20/2016 | 1 | 3 | RULE 40 AFFIDAVIT by USA as to Ke Yao (Sica, Michele) (Entered: 05/23/2016) |
| 05/20/2016 |  | 14 | Arrest (Rule 40) of Ke Yao (Sica, Michele) (Entered: 05/23/2016) |
| 05/20/2016 | 3 | 16 | CJA 23 Financial Affidavit by Ke Yao (Sica, Michele) (Entered: 05/23/2016) |
| 05/20/2016 | 4 | 17 | ORDER Setting Conditions of Release as to Ke Yao (1) 50,000. Ordered by Magistrate Judge Peggy Kuo on 5/20/2016. (Sica, Michele) (Entered: 05/23/2016) |
| 05/20/2016 | 5 | 18 | WAIVER of Rule 5(c)(3) Hearing by Ke Yao (Sica, Michele) (Entered: 05/23/2016) |
| 05/20/2016 | 6 | 19 | CJA 20 as to Ke Yao: Appointment of Attorney Margaret Shalley for Ke Yao. Ordered by Magistrate Judge Peggy Kuo on 5/20/2016. (Sica, Michele) (Entered: 05/23/2016) |
| 05/23/2016 | 2 | 15 | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo: For anArraignment as to Ke Yao (1) Count Complaint held on 5/23/2016, Attorney Appointment Hearing as to Ke Yao held on 5/23/2016, Initial Appearance in Rule 5(c)(3) Proceedings as to Ke Yao held on 5/23/2016 Appearance entered by Margaret M. Shalley for Ke Yao on behalf of defendant. AUSA David Kessler present. Mandarin Interpreter present Patsy Ong. Removal proceeding to the District of Maryland hearing held. Removal hearing waived. Bond set at $50,000. The Defendant was released on $50,000. The defendant was advised of bond conditions and signed the bond. 1 surety was sworn and advised of bond obligations and signed the bond. 1 additional surety to co−sign the bond by 5/26/2016. (Tape #3:15−3:30.) (Sica, Michele) (Entered: 05/23/2016) |

JAP:DKK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - -X        16-481M

UNITED STATES OF AMERICA

    - against -

KE YAO,

          Defendant.

- - - - - - - - - - - - - -X

REMOVAL TO
THE DISTRICT
OF MARYLAND

Fed. R. Crim. P. 5

EASTERN DISTRICT OF NEW YORK, SS:

    SUSAN J. RUIZ, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    On or about May 5, 2015, an arrest warrant was issued by the United States District Court for the District of Maryland commanding the arrest of the defendant KE YAO for wire fraud, in violation of 18 U.S.C. § 1343.

    The source of your deponent's information and the grounds for her belief are as follows:[1]

    1.    I am a Special Agent with HSI who works out of the Special Agent in Charge Office in New York, New York.

    2.    On or about May 5, 2016, an arrest warrant was issued by the United States District Court for the District of Maryland based on an indictment that charges the

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

defendant KE YAO with wire fraud, in violation of 18 U.S.C. § 1343. Copies of the arrest warrant and the indictment are attached hereto.

    3. On or about May 16, 2016, I was alerted that the defendant KE YAO had purchased a one-way ticket from JFK International Airport ("JFK") to China and was scheduled to depart on May 19, 2016.

    4. On or about May 19, 2016, HSI agents went to JFK and located an individual named Ke Yao, who was attempting to check in for his flight to China. The agents compared the appearance of the individual checking in to his flight with a photograph of the defendant KE YAO that had been provided by the United States Attorney's Office in the District of Maryland. The two individuals appeared to be the same. The agents showed the individual the warrant issued in the District of Maryland for the defendant KE YAO, and the individual confirmed that he is the defendant KE YAO sought by the warrant.

WHEREFORE, your deponent respectfully requests that the defendant KE YAO be removed to the District of Maryland so that he may be dealt with according to law.

/s/ Susan J. Ruiz
SUSAN J. RUIZ
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
20th day of May, 2016

/s/ KUO
KUO
[MAGIST]RATE JUDGE
[NE]W YORK

AO 442 (Rev. 01/09) Arrest Warrant

U.S. MARSHAL
BALTIMORE, MD
2016 MAY -6 AM 9:32

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 MAY -5 PM 4:43
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.
KE YAO

)
)
) Case No. MJG-16-0222
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KE YAO ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
The defendant did knowingly and intentionally participate in a wire fraud scheme to defraud the State of New York and City of New York of taxes in violation of 18 U.S.C. 1343.

Date: May 5, 2016
4:00 P.M.

_____William Connelly_____
*Issuing officer's signature*

City and state: Baltimore, Maryland

Hon. William Connelly, United States Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

USCA2 5

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: KE YAO
Known aliases:
Last known residence: 153-08 58th Street, Flushing, New York 11355
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 07/27/1986
Social Security number:
Height:     Weight:
Sex: Male     Race: Chinese
Hair:     Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: HSI S/A Steve Snyder, (443) 801-0800

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A

ES 5/4/2016

RCK/DJB: USAO2015R00070

U.S. MARSHAL
U.S. BALTIMORE,MD
DISTRICT OF MARYLAND
2016 MAY -6 AM 9:32
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. MJG-16-0222 |
| KE YAO, | * (Wire Fraud, 18 U.S.C. § 1343; Aiding |
| | * and Abetting, 18 U.S.C. § 2; |
| Defendants | * Forfeiture, 18 U.S.C. § 981, 21 U.S.C. § |
| | * 853, 28 U.S.C. § 2461) |

*******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that, at all times relevant to this Indictment:

### Introduction

1. Vlamis Liquors was a licensed retail store selling wine and distilled spirits ("liquor") located in Elkton, Cecil County, Maryland.

2. Maryland and New York operated under a three-tier system of liquor distribution, in which Tier One, the distillers and suppliers of alcoholic beverages, sells to Tier Two, the licensed wholesalers, which, in turn, sells to Tier Three, the licensed retailers, such as liquor stores, bars, and restaurants, that in turn sell to individual consumers. New York wholesalers sold to New York retailers, and Maryland wholesalers sold to Maryland retailers.

3. The Maryland state excise tax rate for liquor distributed in Maryland was approximately $1.50 per gallon. An excise tax applies to the sale of a specific product; it is an indirect tax that is paid by a wholesaler and passed on to the consumer as a part of the liquor's

price. State law required that excise taxes were to be paid to the State of Maryland Office of the Comptroller by the wholesale distributor.

4. The New York rate of excise tax for the distribution of liquor in New York was approximately $6.44 per gallon for the State, and an additional $1.00 per gallon for the distribution of liquor in New York City, for a total of approximately $7.44 per gallon. State law required that excise taxes were to be paid to the State of New York by the wholesale distributor.

5. Any wholesaler transferring or moving liquor into New York for eventual retail sale was required by law (a) to register with the State of New York, and (b) to provide monthly reports of the quantities of liquor shipped into the State of New York for retail sale. The reports were used to enforce and to collect New York State and New York City excise taxes.

6. KE YAO and others ("the smugglers") were wholesale purchasers, importers, and distributors of liquor who resided in the New York City metropolitan area and who purchased liquor outside the State of New York to avoid paying the state excise tax on liquor.

### The Scheme to Defraud

7. From at least in or about November 2013 through January 2015, in the District of Maryland, and elsewhere, the defendant,

**KE YAO**

along with others known and unknown to the Grand Jury, did knowingly devise a scheme and artifice to defraud and to obtain money by avoiding New York State and New York City excise taxes on liquor, by means of materially false and fraudulent pretenses, representations, and promises, and in furtherance thereof, used interstate wires, all as set forth below ("the scheme to defraud").

2

U.S. MARSHAL
BALTIMORE, MD

2016 MAY -6  AM 9:32

## Manner and Means of the Scheme to Defraud

8. It was part of the scheme to defraud that **KE YAO** had contacts with a number of retail liquor stores in New York City, and that **KE YAO** routinely took bulk orders for liquor from these contacts.

9. It was further part of the scheme to defraud that **KE YAO** routinely sent text messages from New York, using his cellular telephone, to managers at Vlamis Liquors, which was located in Elkton, Maryland. During these messages, **KE YAO** placed orders for liquor in bulk quantities from Vlamis Liquors sufficient to fill the orders from his New York retail contacts.

10. It was further part of the scheme to defraud that, shortly after he had placed an order with Vlamis Liquors, **KE YAO** drove from New York to Cecil County, Maryland, paid cash for the bulk liquor, and loaded the liquor into his vehicle.

11. It was further part of the scheme to defraud that **KE YAO**, and other smugglers of liquor, concealed their transportation of the liquor from the State of New York, with the intent to evade applicable New York excise taxes, by (a) failing to register as an importer or distributor of liquor with the State of New York, and (b) failing to file with the State of New York reports describing the transportation of the liquor from Vlamis Liquors to New York City as required by New York law.

12. It was further part of the scheme and artifice to defraud that **KE YAO**, and other smugglers of liquor, delivered the liquor that was purchased in Maryland to the retail stores in New York City that had earlier given **KE YAO** liquor orders, without paying the New York excise taxes on that liquor.

## Execution of the Scheme to Defraud

13. On or about October 14, 2014, in the District of Maryland and elsewhere, the defendant,

**KE YAO,**

for the purpose of executing and attempting to execute the scheme to defraud, and attempting to do so, did knowingly cause to be transmitted in interstate commerce by means of wire communications certain signals, signs, and sounds, a text message from his cellular telephone to an employee of Vlamis Liquors in which he discussed purchasing liquor from Vlamis Liquors.

18 U.S.C. § 1343
18 U.S.C. § 2

4

U.S. MARSHAL
BALTIMORE, MD

2016 MAY -6 AM 9:32

## FORFEITURE

1. The allegations contained in Count One of this Indictment are incorporated here for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Sections 1343 set forth in Count One of this Indictment, the defendant,

### KE YAO

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, a money judgment in the amount of $324,000.

## SUBSTITUTE ASSETS

4. If any of the funds described in this indictment as being subject to forfeiture, as a result of any act or omission of the defendant,

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred, or sold to, or deposited with a third person;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

5

18 U.S.C. § 981
21 U.S.C. § 853
28 U.S.C. § 2461

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

_____
Foreperson

5-5-16
Date

6

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**By:** ___ Complaint ___ Information **X** Indictment

**Name of District Court, (City)**
Baltimore, Maryland
Northern Division

**Offense Charged**

Wire fraud, aiding and abetting

___ Petty
___ Misdemeanor
**x** Felony

**Defendant - U.S. vs.**
KE YAO

**Address:** 153-08 58th Street, Flushing, NY 11355

**Birth date:*** 7/27/1986   **Male/Female:** M   **Alien (Y/N):** Y – permanent legal resident

**Place of offense:** Cecil County

**U.S.C. Citation**
18 U.S.C. §1343

*(Optional unless a juvenile)*

## Proceeding

**Name of Complainant Agency, Agent & Phone#**
SA Steve Snyder, HIS - (443) 801-0800

☐ Person is awaiting trial in another Federal or State Court, give name of court:

☐ This person/proceeding is transferred from another district per:
☐ FRCrP 20  ☐ 21  ☐ 40   Show District

☐ this is a re-prosecution of charges previously dismissed which were dismissed on motion of:   Show Docket #
☐ U.S. Attorney  ☐ Defense

this prosecution relates to a pending case involving this same defendant  → 15-0080 (TJS)

prior proceeding or appearances before U.S. Magistrate Judge regarding this defendant were recorded under   **Magistrate #**  15-0080 (TJS)

**Name & Office of Person furnishing information on this form**   Rod J. Rosenstein, U.S. Attorney

**Name of Asst. U.S. Att'y**   Richard C. Kay

**Phone Number:**   410-209-4850

## Defendant

**IS NOT IN CUSTODY**

1) **x** Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges. →

2) ___ Is a fugitive

3) ___ Is on bail or release from (show District)

**IS IN CUSTODY**

4) ___ On this charge

5) ___ On another conviction   Federal   State

6) ___ Awaiting trial on other charges

If the answer to (6) is "Yes", show name of institution

Has detainer been filed? Y/N   Date filed

Date of Federal arrest   OR

Date Transferred to Federal Custody

**xx** Check if plea is expected
☐ This report amends AO 257 previously submitted

**FOR USE OF THE CLERK'S OFFICE**

### Additional Information or comments:

**Maximum Penalty:** 20 yrs; 3 yrs S.R.; $250,000 fine.

**Date of offense:** Nov.2013-Jan.2015

**Length of Trial:** Two days

**HIDTA CASE:** Yes ___ **X** No

**OCDETF CASE:** Yes ___ **X** No

USCA2 13

```
MIME-Version:1.0
From:ecf_bounces@nyed.uscourts.gov
To:nobody@nyed.uscourts.gov
Bcc:
--Case Participants: Magistrate Judge Peggy Kuo (claudia_riquelme@nyed.uscourts.gov,
max_shterngel@nyed.uscourts.gov, peggy_kuo@nyed.uscourts.gov,
shira_feldman@nyed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:10770971@nyed.uscourts.gov
Subject:Activity in Case 1:16-mj-00481-PK USA v. Yao Arrest - Rule 40
Content-Type: text/html
```

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 5/23/2016 at 10:25 AM EDT and filed on 5/20/2016

**Case Name:** USA v. Yao
**Case Number:** 1:16–mj–00481–PK
**Filer:**
**Document Number:** No document attached
**Docket Text:**
**Arrest (Rule 40) of Ke Yao (Sica, Michele)**

**1:16–mj–00481–PK–1 Notice has been electronically mailed to:**

**1:16–mj–00481–PK–1 Notice will not be electronically mailed to:**

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

**16M 481**

1) Magistrate Case Number: __16M 481__
2) Defendant's Name: __Yao__ (Last) __Ke__ (First) ____ (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ✓ Yes __ No   Other District: __Maryland__
8) Name of Interpreter used today: __Patsy Ong__   Language: __Mandarin__
9) Arraignment on complaint held: ✓ Yes __ No   Date/Time: __5/20/16__
10) Detention Hearing Held:____ Bail set at: __$50,000.__ ROR Entered:____ POD Entered:____
11) Temporary Order of Detention Entered:____ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: __X__
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __David Kessler__
14) DEFENSE COUNSEL'S NAME: __Margaret Shalley__
    Address: _____
    Bar Code: _____ CJA: ✓ FDNY:____ RET:____
    Telephone Number:(___) _____
15) LOG #: __3:15-3:30__   MAG. JUDGE: __Kuo__
16) ✓ Defendant was advised of bond conditions by the Court and signed the bond.
    ✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ✓ Additional surety (ies) to co-sign bond by __5/26/2016__

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed:____Yes ____No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE

USCA2 15

| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

**IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF _____ v. _____ FOR _____ AT _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): KE YAO

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: _____
District Court: _____
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor
18 U.S.C. 1343 WIRE FRAUD

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment? APRIL 2016
- How much did you earn per month? $ 3000
- If married, is your spouse employed? ☐ Yes ☐ No  N/A
- IF YES, how much does your spouse earn per month? $ _____
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- RECEIVED / SOURCES
- IF YES, give the amount received and identify the sources $ _____

**CASH**
- Do you have any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, total amount? $ 12,000

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
- IF YES, give value and description for each

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ Single / Married / Widowed / Separated or Divorced
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: GIRLFRIEND — PREGNANT

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| CREDIT CARDS | $ 5,000 | $ 2,000 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Ke Yao

Date: 5/20/16

**United States District Court, Eastern District of New York**

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND |
|---|---|
| v. Ke Yao , Defendant. | Case Number: 16-481m |

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:
- [ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
- [ ] Upon **Bond** executed by the defendant in the amount of $ ~~Non surety~~ $50,000.00, and secured by [ ] financially responsible sureties listed below and/or [ ] collateral set forth below.

### Additional Conditions of Release

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

- [✓] 1. The defendant must remain in and may not leave the following areas without Court permission: [✓] New York City; [ ] Long Island, NY; [ ] New York State; [ ] New Jersey; [✓] District of Maryland and travel to and from this Court and the permitted areas.
- [ ] 2. The defendant must avoid all contact with the following persons or entities: _____
- [ ] 3. The defendant must avoid and not go to any of the following locations: _____
- [✓] 4. The defendant must surrender all passports to Pretrial Services by _____ and not obtain other passports or international travel documents.
- [✓] 5. The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:
  - [✓] a. is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;
  - [ ] b. must report [✓] as directed by Pretrial Services or [✓] in person ___ times per ___ and/or [✓] by telephone ___ times per ___.
  - [ ] c. must undergo [ ] testing, [ ] evaluation and/or [ ] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.
  - [ ] d. must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.
  - [✓] e. is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:
    - [ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;
    - [ ] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [ ] religious services, [ ] employment, [ ] school or training, [ ] other activities approved by Pretrial Services, [ ] _____
    - [✓] curfew: restricted to home every day from 8pm to 8am, or [ ] as directed by Pretrial Services.
  - [ ] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/ or from available insurance.
- [✓] 6. Other Conditions: Maintain Address as approved by Pre-Trial Services. Seek and maintain employment

GPS

### APPEARANCE BOND

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $ _____ and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

- [ ] cash deposited in the Registry of the Court in the sum of $ _____;
- [ ] premises located at: _____ owned by _____
- [ ] I also agree to execute a confession of judgment, mortgage or lien in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

*Forfeiture of the Bond.* This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs. Date

_Yung Sheng Zhang_, Surety  Address: 45-40 Union St. 6M, Flushing, NY, 11355  05/20/16

_____, Surety  Address: _____

_____, Surety  Address: _____

f / R S/ KUO

...dant in this case and that I am aware of the conditions of release and of the penalties and sanctions set ... this form.

ered on May 20, 2016.

_____, US MJ

Signature of Defendant

Distribution: Canary - Court    Pink - Pretrial Services    Goldenrod - Defendant

USCA2 17

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

United States of America )
v. ) Case No. 16-481M
Ke Yao ) 
_____ ) Charging District's Case No.
   Defendant )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Maryland

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.
☐ a preliminary hearing.
☐ a detention hearing.
☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/20/16

_____
Defendant's signature

_____
Signature of defendant's attorney

Margaret M Shalley
Printed name of defendant's attorney

USCA2 18

●CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE  EDNY | 2. PERSON REPRESENTED  Ke Yao | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER  16-481M | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)  USA V. Yao | 8. PAYMENT CATEGORY  X Felony ☐ Petty Offense  ☐ Misdemeanor Other  ☐ Appeal | 9. TYPE PERSON REPRESENTED  X Adult Defendant ☐ Appellant  ☐ Juvenile Defendant ☐ Appellee  Other | | 10. REPRESENTATION TYPE  (See Instructions)  CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

18 USC 1343

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

MARGARET SHALLEY
225 BROADWAY
SUITE 715
NEW YORK, NY 10007

Telephone Number: 212-566-6212

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER
X O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney ☐ Y Standby Counsel

Prior Attorney's
Appointment Dates: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

_Signature of Presiding Judicial Officer or By Order of the Court_

5/20/16 — Date of Order
5/20/16 — Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment. ☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES — FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
_____ TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____ Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

USCA2 19